UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Teresa Stroud, Alfred Laicer, Andrea Bess, and Derrick White, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>Target Corporation,<br><br>        Defendant. | No. 10-CV-01583 (ADM/LIB)<br><br>**PLACEHOLDER FOR JOINT MOTION TO DISMISS ACTION WITH PREJUDICE AND WITHDRAW NOTICES OF CONSENT TO JOIN LAWSUIT**<br><br>**FILED UNDER SEAL** |

This document is a placeholder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

1. *Joint Motion to Dismiss Action with Prejudice and Withdraw Notices of Consent to Join Lawsuit; and*
2. *Exhibit A*

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

___ Voluminous Document* (Document number of order granting leave to file conventionally: ___ )

___ Unable to Scan Documents (e.g., PDF file size of one page larger than 2MB, illegible when scanned)

___ Physical Object (description):

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_X_ Item Under Seal pursuant to a court order* (Document number of protective order: 11)

___ Item Under Seal pursuant to the Fed. R. Civ. P. 5.2 and Fed. R. Crim. P. 49.1
    (Document number of redacted version: ___ )

___ Other (description):

* Filing of these items requires Judicial Approval.

ND: 4831-7693-3390

E-file this place holder in ECF in place of the documents filed conventionally.  File a copy of this Placeholder and a copy of the NEF with the Clerk's Office along with the conventionally filed item(s).

Date:  April 3, 2012	FABIAN MAY & ANDERSON, PLLP


	By: s/ Nicholas G.B. May
	    Nicholas G.B. May, Reg. No. 287106
	    1625 Medical Arts Building
	    825 Nicollet Mall
	    Minneapolis, Minnesota 55402
	    (612) 353-3340

	LICHTEN & LISS-RIORDAN
	    Shannon Liss-Riordan
	    Sara Smolik
	    100 Cambridge Street, 20th Floor
	    Boston, Massachusetts 02114
	    (617) 994-5800

	**ATTORNEYS FOR PLAINTIFFS AND OPT-IN PLAINTIFFS CHRISTOPHER BACON, ANDREA M. BESS, ANESA DAVIS, TERIETTA FRAZIER, ALFRED J. LAICER, MURAD ALAM MOHEET, SUZANNE SALTZ, TERESA W. STROUD, GERALD W. THAYER, DERRICK B. WHITE, AND EDDIE M. WILLIAMSON**

Date: April 4, 2012  NILAN JOHNSON LEWIS PA

By: s/Mark J. Girouard
    Joseph G. Schmitt (Reg. No. 231447)
    Mark J. Girouard (Reg. No. 302880)
    400 One Financial Plaza
    120 South Sixth Street
    Minneapolis, MN 55402-4501
    (612) 305-7500

PAUL HASTINGS LLP
    Jeffrey D. Wohl (admitted *pro hac vice*)
    Rishi N. Sharma (admitted *pro hac vice*)
    55 Second Street, 24th Floor
    San Francisco, California 94105
    (415) 856-7000

**ATTORNEYS FOR DEFENDANT TARGET CORPORATION**